UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:14-cr-00179-SEB-MJD |
| JACQUES BOYD, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Jacques Boyd's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence of time served and for Defendant's current supervised release conditions to be reimposed, with the addition of the previously-modified condition of GPS location monitoring, for the remaining period of Defendant's supervised release, which is scheduled to conclude on December 17, 2023.  In addition to the mandatory conditions of supervision, the conditions outlined in the Magistrate Judge's Report and Recommendation will be reimposed.

**SO ORDERED.**

Date: 11/29/2023

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO